LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone:  (201) 882-0303
Fax:     (212)618-0213
E-mail: rwanchoo@wanchoolaw.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EGYPTIAN NAVIATION CO.

                Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP.

                Defendants.

-------------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Egyptian Navigation Co. represents to this Honorable Court that said Plaintiff has no U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       March 3, 2008

                **LAW OFFICES OF RAHUL WANCHOO**
                Attorneys for Plaintiff
                EGYPTIAN NAVIGATION CO.


                By:    /S/ Rahul Wanchoo
                      Rahul Wanchoo (RW-8725)