LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Interested Party
ADORA INVESTMENTS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EGYPTIAN NAVIGATION CO.,

                      Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP,

                      Defendants.
------------------------------------------------------------------X

**ECF CASE**

08 Civ. 02080 (SHS)

### NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE E (8)

SIRS:

    PLEASE TAKE NOTICE that ADORA INVESTMENTS INC. hereby appears in this action by its attorneys, Lyons & Flood, LLP, as an interested in this action in accordance with Rule E (4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Pursuant to Rule E (8) of said Supplemental Rules, this appearance is expressly restricted to the defense of the claim stated in the Verified Complaint and ADORA INVESTMENTS INC.'s interest in the funds restrained by the process of attachment and garnishment issued in this action, and is not an appearance for the purposes of any other claim.

    The undersigned does hereby certify that he is admitted to practice in this Court.

Dated: March 13, 2008

                              LYONS & FLOOD, LLP
                              Attorneys for Interested Party
                              ADORA INVESTMENTS INC.

By: _____
                              Kirk M. Lyons (KL-1568)
                              65 West 36th Street, 7th Floor
                              New York, New York 10018
                              (212) 594-2400

U:\kmhldocs\2651002\Motions\Notice of Restricted Appearance.doc