LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Interested Party
ADORA INVESTMENTS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EGYPTIAN NAVIGATION CO.,

                     Plaintiff,

    - against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP,

                     Defendants.
------------------------------------------------------------------X

**ECF CASE**

08 Civ. 02080 (SHS)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for interested party ADORA INVESTMENTS INC., certifies upon information and belief that said interested party is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the interested party which are otherwise publicly held in the United States.

Dated: March 13, 2008

                                          LYONS & FLOOD, LLP
                                          Attorneys for Interested Party
                                          ADORA INVESTMENTS INC.

                      By: _____
                                          Kirk M. Lyons (KL-1568)
                                          65 West 36th Street, 7th Floor
                                          New York, New York 10018
                                          (212) 594-2400