UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EGYPTIAN NAVIGATION CO.,

                Plaintiff,

   - against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP,

                Defendants.
------------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

**ORDER TO SHOW CAUSE WHY PLAINTIFF'S RULE B
ATTACHMENT SHOULD NOT BE VACATED**

Upon the annexed Affirmation of Phillipos Gallanis dated March 14, 2008, the Affirmation of Antonis Lemos dated March 14, 2008, the Exhibits annexed thereto, the accompanying Memorandum of Law, and the pleadings and proceedings heretofore had herein;

Let the plaintiff, EGYPTIAN NAVIGATION CO. ("EGYPTIAN"), show cause before the Honorable Sidney H. Stein, United Stated District Court Judge, at 500 Pearl Street, Courtroom 23A, New York, New York, 10007, pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary hearing within three court days, on the 24th day of March, 2008, at 12:00 noon o'clock or as soon thereafter as counsel can be heard, why the Court's March 4, 2008, Ex Parte Order for issuance of process of maritime attachment and garnishment should not be vacated on the basis that the attached funds are not the property of the defendants;

Let service of a copy of this Order to Show Cause and the accompanying Affirmations, Exhibits, and Memorandum of Law, be served upon the Law Offices of Rahul Wanchoo, 350 Fifth Avenue, 59th Floor, New York, NY 10118, attorneys for the plaintiff, on or before non-

o'clock on March 19th, 2008 (service to be made either by courier, fax, or e-mail) be deemed good and sufficient service;

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the interested party, Lyons & Flood, LLP, by fax or e-mail on or before the 20th day of March, 2008, by 12 noon o'clock. Reply papers if any, shall be served so as to be received by counsel for the plaintiff, Law Offices of Rahul Wanchoo, by fax or e-mail on or before the 21st day of March, 2008 by 9:00 AM o'clock.

Dated: New York, NY
       March 17, 2008

                                                    _____
                                                           U.S.D.J.

-2-

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 17th day of March 2008, I served true copies of the foregoing, by e-mail and ECF notice to:

>LAW OFFICES OF RAHUL WANCHOO
>Attorneys for Plaintiff
>350 Fifth Avenue, 59th Floor
>New York, NY 10118
>
>Attn:   Rahul Wanchoo, Esq.
>        rwanchoo@wanchoolaw.com

_____
Kirk M. Lyons

U:\kmhldocs\2651002\Motions\OTSC-Vacate.doc