UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EGYPTIAN NAVIGATION CO.,

                              Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP,

                              Defendants.
------------------------------------------------------------------X

**ECF CASE**

08 Civ. 02080 (SHS)

## AFFIRMATION OF ANTONIS LEMOS IN SUPPORT OF MOTION TO VACATE ATTACHMENT

ANTONIS LEMOS, affirms and states the following under the penalties of perjury under the laws of the United States pursuant to 28 USC § 1746:

    1.    I am Director of Baker Investments Corporation ("BIC") and have personal knowledge of the matters stated herein. I make this Affirmation in support of Adora Investments Inc.'s ("Adora") motion to vacate the attachment and have read the Affirmation of Phillipos Gallanis dated March 14th, 2008, as well.

    2.    BIC is registered in the Marshall Islands and has an office and place of business at 5-7 Agios Nikolaos Street, Piraeus, Greece.

    3.    On February 20, 2008, BIC sub-chartered the vessel M/V DJEBEL REFAA to Louis Dreyfus Commodities Suisse S.A. ("Louis Dreyfus"). (A copy of the Louis Dreyfus sub-charter is attached as Exhibit A.) Under this sub-charter, Louis Dreyfus was required to make a freight payment to BIC.

    4.    As Mr. Gallanis explains in his Affirmation, Adora advanced funds to BIC in 2005 and 2006 and BIC agreed to make repayment of these funds. BIC failed to make any

repayments by January 31, 2008, the last day for BIC to make any payments under the agreement. Therefore, on February 22, 2008, BIC and Adora entered into a Deed of Assignment whereby BIC would assign its rights to the freight payments under the Louis Dreyfus sub-charter to Adora and would assign its rights to additional sub-freights from subsequent fixtures of the DJEBEL REFAA. (A copy of the Deed of Assignment is attached to the Affirmation of Mr. Gallanis.)

5. On March 5, 2008, BIC sent a freight invoice to Louis Dreyfus. The freight invoice directed Louis Dreyfus to wire transfer the freight payment of $127,755.79 directly to Adora's bank account. (A copy of the freight invoice is attached as Exhibit B).

6. The wire transfer was initiated on March 5, 2008. Apparently, a mistake was made however, and the wire instructions named BIC as the beneficiary of the funds transfer, even though the rest of the beneficiary details described Adora's bank account. (A copy of the wire transfer instructions is attached as Exhibit C). Corrective wire transfer instructions were subsequently sent, but apparently it was too late. (A copy of the corrective wire transfer instructions is attached as Exhibit D).

7. As an apparent result of the mistake in the initial wire transfer instructions, the funds transfer of the freight payment by Louis Dreyfus was attached pursuant to the attachment order obtained by the plaintiff in this case, Egyptian Navigation Co. ("Egyptian"). BIC first learned of this when it received notice of the attachment from Egyptian's counsel on March 6, 2008. (A copy of the notice of attachment is attached as Exhibit E).

8. There is no corporate relationship between Adora and BIC and the two companies have no dealings except for the agreements described above, which were arms-length transactions.

9. Due to the February 22, 2008, assignment BIC has and had no interest in the funds being sent by Louis Dreyfus and which are now under attachment.

10. Further, Adora has no involvement at all with the dispute which is the subject of the plaintiff Egyptian's Verified Complaint in this action.

The foregoing is true and correct to the best of my knowledge under the penalty of perjury under the law of the United States.

Executed on: March 14th, 2008

_____
Antonis Lemos

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 17th day of March 2008, I served true copies of the foregoing, by e-mail and ECF notice to:

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, NY 10118

Attn:   Rahul Wanchoo, Esq.
        rwanchoo@wanchoolaw.com

_____
Kirk M. Lyons

U:\kmhldocs\2651002\Motions\MOL-Vacate.doc

# EXHIBIT A

## Kirk Lyons

**From:** Baker [info@bakerintercorp.com]
**Sent:** Monday, March 10, 2008 10:08 AM
**To:** klyons@lyons-flood.com
**Subject:** Refaa Recap

TELiX MSG: 04KBA-00 19/02/08 17:58

P R I M E   M A R I T I M E   I N C. - PIRAEUS

TEL:+30-2104527001, +30-2112002300 FAX: +30-2104527006
TLX: 212791/2 PRIM GR - HOMEPAGE:www.primemaritime.com


ANTONIS / ARIS - DIMITRIS

RE DJEBEL REFAA/DREYFUS

RECAP OF TERMS AGREED:

M/V DJEBEL REFAA BLT 1986
DESCRIPTION OF THE VESSELS:
ALGERIAN FLAG - PLACE BUILT/ JAPAN
P&I: BRITISH MARINE LUXEMBOURG S.A. - CLASS: GERMANISCHER LLOYD
3,687 DWT ON 5.895M SSW INTERNATIONAL GRT / NRT - 2,863.00 / 1,297.00 SUEZ
GRT / NRT - 2,991.47 / 2,146.14 LOA 90.50M / BEAM 15.00M / LBP 83.00M
DEPTH MOULDED 7.05M / TPC 10.95 GRAIN TOTAL 4,605.68 CBM BY
HOLD: 1/2,233.67 - 2/2,372.01 BALE TOTAL 4,368.50 CBM BY
HOLD: 1/2,104.29 - 2/2,264.21
DISTANCE WATER LINE / TOP HATCH COAMING       : 2.665 M
DISTANCE WATER LINE/UPPER DECK                : 1.155 M
DISTANCE WATER LINE/ TOP OF MAST              : 32.00 M
HOLDS / HATCHES : 02 /02
MAC-GREGOR TYPE HATCH COVERS HOLDS ARE CO2 FITTED
AND MECHANICALLY VENTILATED ( 30 AIR CHANGES )
HOLD NO.1   25.3 M X 12.5M   HATCH NO.1   14.70M X 10.20 M
HOLD NO. 2  24.5, X15M       HATCH NO.2   16.10 M X 10.20 M
PERMISSIBLE LOADS ON TANK TOPS 5.60MT/M2
2 ELECTRIC CRANES, 12.5 MTONS EACH,
(ALL DETAILS ABOUT)

DISP
====

BAKER INVESTMENTS COPORATION
5-7 AG. NIKOLAOU STR.
185 37 PIRAEUS  GREECE

OWNRS


3/12/2008

====
CTI Group Inc.
81 AKTI MIAOULY IN PIRAEUS


FOR
SUB STEM-CHRTS RECONFIRMATION W/IN 4 WORKING HRS AFTER CLEAN FIXED FROM OWNRS
SIDE

ACCNT DREYFUS ESPANA OR COMPANY OF SAME GROUP

- VSL ETA ORAN 20.02.08 FOR DISCH ETC/S 23.02.08 AGW/WP UCE
  ETA SEVILLE 24.02.08 PM OR 25.02.08 AM AGW/WP UCE

L/C 24/29 FEB 2008
L/PORT 1 GSPB AA SEVILLA
D/PORT 1 GSPB AA WEST COAST ITALY SARDINIA-SICILY OR FULL ITALADRIA IN CHOPT
CHRTS DECLRE DISC PORT LATEST UPON COMPLETION OF LOADING AND BEFORE S/S BS/L
L/D RATE: 1500/1500 TNS PWW DAY SASHEX EIU BENDS
TIME TO COUNT BSS 08/14 CLS BENDS
CGO: UP TO MAX 3300 TNS IN OO OF WHEAT IN BULK STW ABT 46 WOG
- FRT EUROS 24,50 PMT BSS 1/1 D/PORT SARDINA-SICILY
- FRT EUROS 25,00 PMT BSS 1/1 D/PORT WEST COAST ITALY
- FRT EUROS 26,50 PMT BSS 1/1 D/PORT BRINDISI-ANCONA RNGE
- FRT EUROS 27.50 PMT BSS 1/1 D/PORT RAVENNA - TRIESTE RNGE
CGO WILL BE LOADED AND TRIMMED BY SPOUT/PIPES ONLY. GRAB TRIMMED IN CHOPT ONLY
DEMURRAGE EUROS 3000 PD PR FD BENDS
DEM IF ANY TO BE PAID W/I 10 DAYS AFTER CHRTS RCVD ALL RELEVANT DOCS (SOF/TS/NOR)VIA BROKER BY FAX.
CHABE SUB OWNRS APPRVL OF D/A BENDS
AT D/PORT IF BS/L NOT AVAIBLE,(DUE TO SHORT VOYAGE),VSL TO DISCH AGAINST A CHRTS LOI ON OWNRS PANDI WORDING.
ANY OTHER TERM AS PER DJEBEL/DREYFUS FIXTURE VOYAGE MALTA/TUNISIE - C/P DTD
23/11 /2007
END

------------------------------------------------------------------------
------------

3/12/2008

# EXHIBIT B



**BAKER INVESTMENTS Corporation**

**Tel: + 30 210 4285925/6**  **Piraeus Branch Office**
**Fax: + 30 210 4282955**  **5-7 Ag. Nikolaou Street**
**Email: info@bakerintercorp.com**  **Piraeus 18537,Greece**

5th March 2008

To : Messrs Louis Dreyfus Commodities Suisse S.A.
     Route de L'Aeroport 29
     CH 1215 Geneve
     Switzerland

*Ref : M/V Djebel Refaa CP DD 20/02/2008*

Dear Sirs,

Please find attached Freight Invoice for cargo loaded on the above vessel at the port of Seville / Spain for Ancona / Italy.

We would appreciate if you could remit the amount of **USD 127,755.79 ( One hundred twenty seven thousand seven hundred fifty five dollars and seventy nine cents )** to the following account :

**EFG EUROBANK ERGASIAS**
**Acc. Name:  ADORA INVESTMENTS INC.**
**USD Acc No. : 0026.0029.23.1200213642**
**IBAN : GR 28 0260 0290 0002 3120 0213 642**
**Swift code:  EFGBGRAA**

Yours faithfully,

Baker Investments Corporation



**BAKER INVESTMENTS Corporation**

**Tel: + 30 210 4285925/6**                                              **Piraeus Branch Office**
**Fax: + 30 210 4282955**                                                **5-7 Ag. Nikolaou Street**
**Email: info@bakerintercorp.com**                                       **Piraeus 18537, Greece**

5th March 2008

## FREIGHT INVOICE

Messrs Louis Dreyfus Commodities Suisse S.A.
Route de L'Aeroport 29
CH 1215 Geneve
Switzerland

Re: M/V Djebel Refaa / Seville

Cargo loaded: Wheat in bulk
Freight 3264.16 mts @ $ 40.015pmt                                              $ 130,615.36

Less 3,75% Comms                                        ($ 4,898.07)           $ 125,717.29

Overtime at Seville ($ 2,038.50 )
shared 50% -50% as agreed                                                      $ 127,755,79

Exchange rate $ / € 1.51

**Total Due to Owners**                                                        **$ 127,755.79**

# EXHIBIT C

06-Mar-2008

# UBS KeyLink

# Cash Payment Confirmation

| | | | |
|---|---|---|---|
| **Currency / Amount :** | USD    127,755.79 | **Value Date :** | 05-Mar-2008 |
| | | **KeyLinkReference :** | LDCOFR0117180PPW5835 |
| **Customer Reference :** | LDCOFR010PPW5835 | | |
| **Date Sent :** | 05-Mar-2008 | **Message Priority :** | 5 |
| **Payment Type :** | Customer Transfer | **Pay Description :** | 2030070015 |
| **Status / Acknowldg. :** | Ack3-Instruction Completed | | |
| | Type / ID | Description / City | |
| **Beneficiary :** | ACCOUNT | BAKER INVESTMENTS CORPORATION | |
| | GR28 0260 0290 0002 3120 0213 642 | PIRAEUS | |
| | | Piraeus Branch Office | |
| | | 5-7 Ag. Nikolaou Street | |
| **Bank of Benef. :** | SWIFT | EFG EUROBANK ERGASIAS S.A. | |
| | EFGBGRAAXXX | 8, OTHONOS STREET | |
| | | ATHENS | |
| **Intermediary :** | SWIFT | CITIBANK N.A. | |
| | CITIUS33XXX | 111, WALL STREET | |
| | | NEW YORK | |
| **Receiver Corr:** | None | | |

**By Order Of ID :**
**By Order Of :** /101WA411444000
LOUIS DREYFUS COMM. SUISSE (GRAIN)
29, ROUTE DE L'AEROPORT
1215 GENEVE 15

**Payment Detail :** Narr.       INV M V D R
NONE
NONE
NONE

**Ack 3 Ref :** SSP TRXM REF: AHSAYHZ8EBM3LP7A   **Status Description :**
Busn. Deal ID: US01065KU0517814   Ack. 1 - Instruction sent
CHPACK:0327901   Ack. 2 - Instruction received
Ack. 3 - Instruction paid / forwarded

E. & O. E.                                                                                                                1

# EXHIBIT D

06-Mar-2008

# UBS KeyLink

# Outgoing Message Detail

## Manual

| | | | | | |
|---|---|---|---|---|---|
| Description | : | payment ID 2030070015 | Related Ref. | : | |
| Reference | : | LDCOFR010REKZ836 | Origin | : | Manual |
| Swift | : | 999 Freeformat | | | |
| Status | : | Instruction Forwarded | Bank ID | : | UBSWUS33XXX |
| Message to | : | Bank | Description | : | UBS AG, NEW YORK/STAMFORD, CT 06912-0300 |
| Sender | : | LDCOFR01 / OD | | | |
| Receiver | : | | | | |

## Message

Regarding payment ID 2030070015
value date 05/03/2008
Amount : 127 755.79
currency : USD
debited account :101WA411444000

Message :
beneficiary name should be ADORA INVESTMENTS INC
instead of BAKER INVESTMENT CORPORATION.

Thanks
regards
Louis Dreyfus commodities Suisse

## Events

| Event | User | Date | Description |
|---|---|---|---|
| AX | SYS COMM | 06-Mar-2008 16:51 | SWFACK on 080306 at 1551 |
| ACK2 | SYS COMM | 06-Mar-2008 16:51 | ACK2 generated by KeyLink KDL. |
| ACK1 | SYS COMM | 06-Mar-2008 16:51 | Message Ack'd by Bank |
| Verify V2 | JEANDET | 06-Mar-2008 16:51 | Verification in one step processed |
| New / Copy | OD | 06-Mar-2008 15:44 | payment ID 2030070015 |

E. & O. E.

1

# EXHIBIT E

## **LAW OFFICES OF RAHUL WANCHOO**

<u>Law Offices of Rahul Wanchoo</u>
357 Westfield Avenue, Suite 10
Ridgewood, New Jersey 07450
Telephone: (201) 882-0303
Facsimile: (201) 301-3576

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

March 6, 2008

<u>Via Facsimile – 011-30-210-4282955</u>
Baker Investments Corporation
5-7 Ag. Nikolaou Street
Piraeus 18537, Greece

Attn.: Mr. George Ballian - info@bakerintercorp.com

Re:  **Egyptian Navigation Co. v. Baker Investments Corporation, et. al.**
     **Docket No. 08 Civ. 02080 (SHS)**
     <u>United States District Court, Southern District of New York</u>

Dear Sirs,

We represent the Plaintiff, Egyptian Navigation Co., in the above referenced lawsuit. Please be advised that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit your property was attached at Citibank New York on or about March 5, 2008 in the amount of $127,755.79. This notice is sent pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York.

Please find attached copies of the Summons and Verified Complaint filed in the above referenced lawsuit. Please let us know if you have any questions in this matter.

Very truly yours,

LAW OFFICES OF RAHUL WANCHOO

By: *Rahul Wanchoo*
    Rahul Wanchoo