# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

**MEMO ENDORSED**

March 21, 2008

**BY TELEFAX**            (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:   Egyptian Navigation Co. v. Baker Investments Corporation et al.
      <u>08 Civ. 02080 (SHS)</u>
      Our file: 2651002

Dear Judge Stein:

    We are attorneys for Adora Investments, Inc., an interested party whose funds have been attached in this maritime attachment action.

    We write to request that the hearing on the motion to vacate which is currently scheduled for Monday, March 24, 2008 at 12:00 p.m., be adjourned until at least Wednesday, March 26, 2008.

    The reason this adjournment has become necessary is that plaintiff has raised certain points regarding English law in his opposition papers, which require Adora to retain an English solicitor to rebut. Due to the Easter holiday weekend, it will be extremely difficult to obtain a response from an English solicitor before Tuesday at the earliest.

    We have spoken with counsel for plaintiff and he has consented in this request for an adjournment, and has advised that Wednesday and Thursday are available in his schedule.

[Handwritten endorsement: 3/21/08 Motion to vacate adjourned to March 27 at 11:30 AM. Reply due March 26 at noon. So ordered. /s/ Sidney H. Stein U.S.D.J.]

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

### BY E-MAIL

cc: Law Offices of Rahul Wanchoo
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, NY 10118

Attn: Rahul Wanchoo, rwanchoo@wanchoolaw.com

U:\kmhldocs\2651002\Correspondence\Stein 01 ltr.doc