Received: Apr 25 2008 03:20pm

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/28/08

## LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue, Suite 10
Ridgewood, New Jersey 07450
Telephone: (201) 882-0303
Facsimile: (201) 301-3576

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

April 25, 2008

**Via Facsimile - (212) 805-7924**
Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1010
New York, NY 10007-1312

MEMO ENDORSED

Re:  **Egyptian Navigation Co. v. Baker Investments Corp. et. al. 08 Civ. 02080 (SHS)**

Dear Hon. Judge Stein:

We represent the Plaintiff in the above captioned action and write in connection with your Honor's Opinion and Order ("Order") dated April 14, 2008, which granted Non-Party Adora Investments Inc.'s motion to vacate the attachment of $127,755.79 restrained by Citibank. Plaintiff has filed an appeal of the Order to the Second Circuit. A copy of the Notice of Appeal is attached for your information.

Please note that the automatic 10-day stay of execution of the April 14, 2008 Order set forth in Federal Rule of Civil Procedure 62(a) will expire on April 28, 2008. Due to our conflicting work schedule, we respectfully request a one week extension to and including May 5, 2008 to file Plaintiff's motion pursuant to Federal Rule of Civil Procedure 62(c) for a stay pending appeal of the Order. We have spoken with counsel for Adora who indicated that he would recommend to his client that it consent to our request for an extension.

We thank you for your attention to this matter.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo
Rahul Wanchoo (RW-8725)

SO ORDERED 4/25/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

Attachment.

cc:  *Via e-mail:*  jwerner@lyons-flood.com

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EGYPTIAN NAVIGATION CO.

           Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP.

           Defendants.
-----------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff EGYPTIAN NAVIGATION CO. ("ENC"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Sidney H. Stein dated April 14, 2008, which granted Non-Party Adora Investments Inc.'s motion to vacate the attachment of certain Electronic Funds Transfer (EFT) which were restrained pursuant to a Process of Maritime Attachment and Garnishment issued in favor of Plaintiff ENC. A copy of the aforementioned Opinion and Order is attached hereto.

Dated: April 24, 2008

                                              LAW OFFICES OF RAHUL WANCHOO
                                              Attorneys for Plaintiff
                                              EGYPTIAN NAVIGATION CO.

                                              _/s/ Rahul Wanchoo_____
                                              Rahul Wanchoo (RW-8725)

## CERTIFICATE OF SERVICE

Rahul Wanchoo, an attorney duly admitted to practice before this Honorable Court, affirms on this 24th day of April, 2008, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, and by email to:

>    LYONS & FLOOD, LL.P.
>    Attorneys for Non-Party Adora Investments Inc.
>    65 West 36th Street, 7th Floor
>    New York, New York 10018
>
>    Attn:   Kirk M. Lyons, Esq.

_____
Rahul Wanchoo (RW-8725)

2