**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:     (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EGYPTIAN NAVIGATION CO.

               Plaintiff,

            - against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP.

               Defendants.

------------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff EGYPTIAN NAVIGATION CO. ("ENC"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Sidney H. Stein dated April 14, 2008, which granted Non-Party Adora Investments Inc.'s motion to vacate the attachment of certain Electronic Funds Transfer (EFT) which were restrained pursuant to a Process of Maritime Attachment and Garnishment issued in favor of Plaintiff ENC.  A copy of the aforementioned Opinion and Order is attached hereto.

Dated: April 24, 2008

                                          LAW OFFICES OF RAHUL WANCHOO
                                          Attorneys for Plaintiff
                                          EGYPTIAN NAVIGATION CO.

                                          _/s/ Rahul Wanchoo_____
                                          Rahul Wanchoo (RW-8725)

## CERTIFICATE OF SERVICE

Rahul Wanchoo, an attorney duly admitted to practice before this Honorable Court, affirms on this 24th day of April, 2008, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, and by email to:

LYONS & FLOOD, LL.P.
Attorneys for Non-Party Adora Investments Inc.
65 West 36th Street, 7th Floor
New York, New York 10018

Attn:  Kirk M. Lyons, Esq.

_____
Rahul Wanchoo (RW-8725)