**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EGYPTIAN NAVIGATION CO.

                Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP.

                Defendants.
------------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

SIRS:

      PLEASE TAKE NOTICE, that Plaintiff, Egyptian Navigation Co. hereby moves the Court of an Order pursuant to Federal Rule of Civil Procedure 62(c) staying pending appeal of execution of the Opinion and Order entered April 14, 2008 vacating maritime attachment of property in the hands of garnishee, Citibank.

Dated: May 5, 2008
       New York, New York

                              LAW OFFICES OF RAHUL WANCHOO
                              Attorneys for Plaintiff
                              EGYPTIAN NAVIGATION CO.

                              */s/ Rahul Wanchoo*
                              Rahul Wanchoo (RW-8725)

2

## CERTIFICATE OF SERVICE

Rahul Wanchoo, an attorney duly admitted to practice before this Honorable Court, affirms on this 5th day of May, 2008, a copy of the foregoing Notice of Motion was served via email to the following counsel of record:

Via Email:

    LYONS & FLOOD, LL.P.
    65, West 36th Street, 7th Floor
    New York, New York 10018

    Attn:   Kirk M. Lyons, Esq.

_____
Rahul Wanchoo