# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36ᵀᴴ STREET, 7ᵀᴴ FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

**KIRK M. LYONS**
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

[RECEIVED MAY 1 3 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/18/08]

May 13, 2008

**BY TELEFAX**        (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan            **MEMO ENDORSED**
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:    Egyptian Navigation Co. v. Baker Investments Corporation et al.
       08 Civ. 02080 (SHS)
       Our file: 2651002

Dear Judge Stein:

    We are attorneys for Adora Investments, Inc. ("Adora"), an interested party whose funds have been attached in this Rule B maritime attachment action.

    We write to request an extension of time for Adora to submit papers in opposition to plaintiff's motion for stay of this Court's Opinion and Order dated April 14, 2008, vacating the restraint of funds at Citibank.

    By Memo Endorsement dated April 25, 2008, the Court granted plaintiff until May 5, 2008, to file papers in support of the motion for a stay. Because new evidence in the form of a Declaration from an English Barrister has been submitted by plaintiff in support thereof, Adora requires additional time to obtain advice from an English Barrister in regard to the new evidence.

NEW JERSEY OFFICE:                          CONNECTICUT OFFICE:
1495 MORRIS AVENUE                          19 COVENTRY LANE
UNION, NJ 07083                             RIVERSIDE, CT 06878
TEL.: (201) 569-4435  FAX: (201) 569-4438   TEL.: (203) 661-2355  FAX: (203) 661-2577

The last day for Adora to file papers in opposition is currently May 19. Adora requests until May 27 (May 26 is Memorial Day) to file opposing papers. *Any reply is due June 10, 2008.*

This is the first request for a time extension.

We have spoken with counsel for plaintiff who has consented to this request for a time extension.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: *Kirk M. Lyons*
Kirk M. Lyons

BY E-MAIL                    rwanchoo@wanchoolaw.com

cc: Law Offices of Rahul Wanchoo
Attorneys for Plaintiff
350 Fifth Avenue, 59th Floor
New York, NY 10118

Attn: Rahul Wanchoo, Esq.

SO ORDERED 5/13/08

SIDNEY H. STEIN
U.S.D.J.

U:\kmh\docs\2651002\Correspondence\Stein 03 ltr.doc

- 2 -