```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EGYPTIAN NAVIGATION CO.,

                Plaintiff,

- against -

BAKER INVESTMENTS CORPORATION and
BAKER INTERNATIONAL GROUP,

                Defendants.
-----------------------------------------------------------X

ECF CASE

08 Civ. 02080 (SHS)

## ORDER DIRECTING RELEASE OF FUNDS

IT IS HEREBY ORDERED that:

Garnishee, Citibank N.A., shall release the sum of $127,755.79, which was attached on or about March 5, 2008, while being routed through Citibank N.A. for the benefit of Adora Investments Inc., to an account to be designated by Lyons & Flood, LLP, counsel for Adora Investments Inc., the details of said account to be provided to the garnishee by the Adora Investments Inc.'s counsel with the service of this Order.

Dated: New York, New York
       June 23, 2008

SO ORDERED 6/23/08

_____
Honorable Sidney H. Stein, U.S.D.J.

U:\kmh\docs\2651002\Motions\Order Directing Release of Funds.doc