```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EGYPTIAN NAVIGATION CO.,                :        08 Civ. 2080 (SHS)

                Plaintiff,          :

   -against-                           :        ORDER

BAKER INVESTMENTS CORP., *ET AL.*,      :

                Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a status conference in this action on Friday, September 26, 2008, at 9:30 a.m.

Dated: New York, New York
       July 23, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.